AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel Carreon (1)<br>Omar Vasquez (2)<br><br>*Defendant(s)* | Case No.<br>4:15MJ385 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 5, 2015  in the county of  Collin  in the  Eastern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with the intent to distribute methamphetamine |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Daniel Padilla, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/06/2015 at 9:15 am

_____
*Judge's signature*

City and state:  Sherman, Texas    Christine A. Nowak, United States Magistrate Judge
*Printed name and title*